1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | |
|---|---|
| **DOUGLAS B. LANGILL,** ) | **NO. ED CV 11-01741-VBF-MAN** |
| **Plaintiff,** ) | |
| v. ) | **RULE 58 JUDGMENT** |
| DEPUTY HADY, DEPUTY HOLLAND, ) SAN BERNARDINO COUNTY SHERIFF, ) SAN BERNARDINO SHERIFFS DEP'T, ) DOES 1-5, and DEPUTY DOE 1, ) | |
| Defendants. ) | |

19
20

Final judgment is hereby entered in favor of all defendants and against plaintiff Douglas B. Langill.

21
22

DATED:        June 13, 2014

23
24
25

                                                        _____
                                                        VALERIE BAKER FAIRBANK
                                                        UNITED STATES DISTRICT JUDGE

26
27
28